1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  21cr3344-BAS |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| KRISTIYAN JAMIL ADIB, | |
| Defendant. | |

WHEREAS, on October 11, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of KRISTIYAN JAMIL ADIB ("Defendant") in the specific property pursuant to 18 U.S.C. § 924 (d)(1) and 28 U.S.C. § 2461 (c)  as the firearm involved in the offense set forth in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2) as charged in the Information including but not limited to a silver Regent .45 caliber semi-automatic handgun, serial number 12BE090228; and

WHEREAS, the silver Regent .45 caliber semi-automatic handgun, serial number 12BE090228 is currently in the custody of by San Diego Police Department;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, based upon the guilty plea of the Defendant, all right, title, and interest of Defendant KRISTIYAN JAMIL ADIB in a silver Regent .45 caliber semi-automatic handgun, serial number 12BE090228 which is currently in the custody of San Diego

Police Department is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

The Court orders that the San Diego Police Department shall dispose of the silver Regent .45 caliber semi-automatic handgun, serial number 12BE090228 according to law, when no longer needed for evidence.

No ancillary proceedings or further forfeiture action is required as to Defendant, KRISTIYAN JAMIL ADIB, for this criminal case.

This Order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

DATED: 1-3-23

_____
Hon. Cynthia Bashant
United States District Court Judge